IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, YOUNGSTOWN

| | | |
|---|---|---|
| JEFFERY M. AUSTIN | ) | CASE NO. 4:19-cv-02341 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | |
| | ) | |
| INTERNATIONAL TECHNICAL | ) | |
| POLYMER SYSTEMS, INC., *ET AL.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS, INTERNATIONAL TECHNICAL POLYMERS SYSTEMS, INC. AND REUBEN MARKEL'S NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Defendants, International Technical Polymers Systems, Inc. ("ITPS") and Reuben Markel, ("Markel"), by and through counsel, notifies the Court that on November 29, 2019 it served its Initial Disclosures on Plaintiff in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Richard L. Goodman*
Richard L. Goodman (#0022520)
720 Youngstown-Warren Road, Suite E
Niles, Ohio 44446
(330) 652-8989 Phone
(330) 652-9652 Fax
Email: richard@rlgoodmanlawfirm.com

*Attorney for Defendants*
*International Technical Polymer Systems,*
*Inc. and Reuben Markel*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2019, a copy of the foregoing DEFENDANTS, INTERNATIONAL TECHNICAL POLYMERS SYSTEMS, INC. AND REUBEN MARKEL'S NOTICE OF SERVICE OF INITIAL DISCLOSURES was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

RICHARD L. GOODMAN CO., L.P.A.

*/s/ Richard L. Goodman*
By: Richard L. Goodman (#0022520)
720 Youngstown-Warren Road, Suite E
Niles, Ohio 44446
(330) 652-8989 Phone
(330) 652-9652 Fax
E-mail: Richard@rlgoodmanlawfirm.com

*Attorney for Defendants*
*International Technical Polymer Systems,*
*Inc. and Reuben Markel*